# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Haight, Charles S | 2. Court or Organization<br><br>U.S.D.C. - S.D.N.Y. | 3. Date of Report<br><br>06/30/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>500 Pearl Street, Room 1940<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Trustee | American-Scandinavian Foundation |
| 2. Board of Directors | Kennedy Child Study Center |
| 3. Board of Managers | Havens Relief Fund Society |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 JUL -7 A 10: 46
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Charles S | 06/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓]  NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Charles S | 06/30/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Charles S | 06/30/2008 |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Charles S | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Heritage Municipal Cash Trust | A | Interest | J | T | | | | | |
| 2. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 3. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 4. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 5. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 6. Microsoft Corp. | A | Dividend | J | T | part | 10/09 | J | C | |
| 7. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 8. Quest Diagnostics Inc. | A | Dividend | J | T | | | | | |
| 9. Target Corp. | A | Dividend | J | T | | | | | |
| 10. UnitedHealth Group Inc. | A | Dividend | J | T | buy | 10/09 | J | | |
| 11. 3M Company | | None | | | sell | 01/29 | J | | |
| 12. United Parcel Service | A | Dividend | | | sell | 12/17 | J | | |
| 13. Baron Growth Fund | | None | K | T | | | | | |
| 14. Columbia Marsico Focused Equities Fund Class A | | None | K | T | | | | | |
| 15. Heritage Mid Cap Stock Fund Class A | | None | K | T | | | | | |
| 16. New York NY Genl Oblig Bonds | B | Interest | K | T | | | | | |
| 17. Citadel Broadcasting Corp. | | None | | | sell | 10/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Charles S | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Manulife Financial | E | Dividend | L | T | | | | | |
| 19. Heritage Municipal Cash Trust | A | Interest | K | T | | | | | |
| 20. Berkshire Hathaway Inc. Class B | | None | K | T | | | | | |
| 21. Cisco Systems Inc. | | None | J | T | | | | | |
| 22. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 23. Comcast Corp | | None | J | T | part | 10/10 | J | C | |
| 24. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 25. General Electric Co. | A | Dividend | J | T | | | | | |
| 26. JPMorgan Chase | A | Dividend | J | T | | | | | |
| 27. Procter & Gamble Co. | A | Dividend | J | T | buy | 10/10 | J | | |
| 28. Starbucks Corp. | | None | J | T | buy | 10/09 | J | | |
| 29. Stryker Corp. | A | Dividend | J | T | | | | | |
| 30. Time Warner Inc. | A | Dividend | J | T | part | 10/09 | J | A | |
| 31. Yahoo Inc. | | None | J | T | | | | | |
| 32. Baron Fifth Avenue Growth Fund | | None | K | T | | | | | |
| 33. Oakmark Fund Class 1 | A | Dividend | K | T | | | | | |
| 34. Oakmark International Fund Class 1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Charles S | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Loomis Sayles Bond Fund Retail Class | A | Dividend | J | T | buy | 10/09 | J | | |
| 36. Master Select International Fund | A | Dividend | K | T | | | | | |
| 37. PimcoTotal Return Fund | B | Interest | K | T | buy | 10/10 | J | | |
| 38. T. Rowe Price International Bond Fund | A | Interest | J | T | buy | 10/09 | J | | |
| 39. Royce Premier Fund | A | Dividend | K | T | | | | | |
| 40. Vanguard Windsor II Fund | A | Dividend | J | T | buy | 10/10 | J | | |
| 41. IShares TR MSCI | A | Dividend | K | T | | | | | |
| 42. IShares TR S&P Midcap400 | A | Dividend | J | T | | | | | |
| 43. IShares TR DJ US Real Estate | A | Dividend | J | T | buy | 10/10 | J | | |
| 44. New York NY Genl Oblig Bonds Ser. 1999-H | B | Interest | K | T | | | | | |
| 45. New York St Twy Auth Hwy & Brg Tr. Fd. | B | Interest | K | T | | | | | |
| 46. New York St. Dorm Auth | B | Interest | K | T | | | | | |
| 47. Niagara Falls NY City School Dist. | B | Interest | K | T | | | | | |
| 48. New York NY Genl Oblig Bonds Ser. 1998 G | B | Interest | K | T | | | | | |
| 49. New York St Genl Oblig Bonds Ser. 1998 F | B | Interest | K | T | | | | | |
| 50. Conoco Phillips | A | Dividend | | | sell | 02/27 | J | A | |
| 51. Washington Mutual CD | A | Interest | | | matured | 04/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Charles S | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New York NY Genl Oblig Bonds Ser. 1998B | A | Interest | | | redeemed | 10/01 | K | A | |
| 53. IShares DJ SEl | A | Interest | | | part | 10/10 | J | B | |
| 54. IShares DJ Sel | A | Interest | | | sell | 11/09 | J | A | |
| 55. Washington Mutual Corp. | A | Dividend | | | sell | 12/04 | J | | |
| 56. Medtronic Inc | A | Dividend | | | sell | 12/20 | J | | |
| 57. Vanguard Windsor II Fund | B | Dividend | J | T | | | | | |
| 58. HSBC C/D | A | Interest | J | T | | | | | |
| 59. Vanguard Inflation Protection Fund | A | Int./Div. | J | T | | | | | |
| 60. Vanguard Money Market Fund | A | Interest | K | T | | | | | |
| 61. ING Direct Savings Bank | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The assets numbered 1 through 18 are owned by the Person Reporting. The assets numbered 19 through 58 are owned by the Reporting Person███████. The assets numbered 59 through 61 are owned ██████. The asset numbered 18 "Manulife Financial," was created when life insurance policies issued by John Hancock were changed from policies issued by a mutual company to policies issued by a corporation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544